UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID PAUL ROBERTS,<br><br>    Defendant. | Case No.  1:18-cr-00401-BLW<br>               1:19-cr-00135-BLW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by the United States Magistrate Judge regarding Defendant David Paul Roberts. Mr. Roberts is charged in two cases: (1) Case No. 1:18-cr-401-BLW; and (2) Case No. 1:19-cr-135-BLW. This Order relates to both cases.

On October 1, 2019, Mr. Roberts appeared before the Magistrate Judge to enter a change of plea in both cases pursuant to written plea agreements. The Magistrate Judge conducted the plea hearing and concluded there is a factual basis for Defendant's admission to forfeiture and pleas of guilty to the charges contained in Count Two of the Second Superseding Indictment in Case No. 1:18-cr-401 and Count One of the Indictment in Case No. 1:19-cr-135. The Magistrate Judge further concluded that Mr. Roberts' pleas were entered voluntarily and with full

knowledge of the consequences. No objections to the Report and Recommendation have been filed.

The Court now has reviewed the record, and finds that the requirements of Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir. 2003). Specifically, the Court finds that the Magistrate Judge adhered to the requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's pleas were voluntary and not the result of force or threats or promises apart from the plea agreements; and that a factual basis for the pleas exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. 185 in Case No. 1:18-cr-401 and Dkt. 75 in Case No. 1:19-cr-135) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes charged in Count Two of the Second Superseding Indictment (Dkt. 114 in Case No. 1:18-cr-401) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes charged in Count One of the Indictment (Dkt. 1 in Case No. 1:19-cr-135) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and

voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant David Paul Roberts is found to be GUILTY as to the applicable crimes charged in Count Two of the Second Superseding Indictment in case No. 1:18-cr-401. (Dkt. 114 in Case No. 1:18-cr-401)

IT IS FURTHER ORDERED that Defendant David Paul Roberts is found to be GUILTY as to the applicable crimes charged in Count One of the Indictment in case No. 1:19-cr-135. (Dkt. 1 in Case No. 1:19-cr-135).

DATED: October 17, 2019

B. LYNN WINMILL
Chief U.S. District Court Judge